# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Doug Traub,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USAA Casualty Insurance Company, et al.,<br><br>　　　　Defendants. | No. CV-17-8106-PCT-DKD<br><br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal without Prejudice (Doc. 32), and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Dismissal without Prejudice (Doc. 26).

**IT IS FURTHER ORDERED** that the parties will participate in binding arbitration pursuant to the terms set forth in the parties' Stipulation to Dismiss.

**IT IS FURTHER ORDERED** dismissing this matter without prejudice, each party to bear its own costs and attorney's fees.

Dated this 4th day of June, 2018.

_____
David K. Duncan
United States Magistrate Judge